UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THADDEUS HARDY | CIVIL ACTION |
| VERSUS | NO. 23-7043 |
| 1901 SOPHIE WRIGHT, LLC, ET AL. | SECTION "O" |

### ORDER

**IT IS ORDERED** that the motion[1] of Defendant 1800 OCH, LLC to withdraw its opposition[2] to Defendant 1901 Sophie Wright, LLC's motion[3] to dismiss is **GRANTED**.

New Orleans, Louisiana, this 10th day of July, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 25.
[2] ECF No. 15.
[3] ECF No. 13.