UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THADDEUS HARDY | CIVIL ACTION |
| VERSUS | NO. 23-7043 |
| 1901 SOPHIE WRIGHT, LLC, ET AL. | SECTION "O" |

## ORDER

Considering the notice of settlement and motion for a sixty-day dismissal order filed by Plaintiff Thaddeus Hardy,[1]

**IT IS ORDERED** that Plaintiff's motion[2] for a sixty-day dismissal order is **GRANTED**. This action is dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty days. The Court retains jurisdiction for all purposes, including enforcing the parties' settlement. Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified not to appear

New Orleans, Louisiana, this 3rd day of June, 2025.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 29.
[2] *Id.*